PRIMBS *v.* CALIFORNIA.

No. 730, Misc.   Decided June 30, 1958.

Appellant *pro se.*

*Roger Arnebergh* and *Philip E. Grey* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.